IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUANITA MUSE,** *individually, and on behalf of all other similarly situated consumers*,<br><br>**Plaintiff,**<br><br>v.<br><br>**HOLLOWAY CREDIT SOLUTIONS, LLC**<br><br>**Defendant.** | **CIVIL ACTION NO. 19-2499** |

## ORDER

**AND NOW,** this 8th day of December 2020, upon consideration of Plaintiff's Motion for Class Certification [Doc. No. 22] and responses and replies thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Class Certification is **GRANTED**. The following Class is hereby certified:

   > All consumers with a Pennsylvania address to whom Defendant sent a collection letter substantially similar to Exhibit A of Plaintiff's Complaint during a period beginning one year prior to the filing of this initial action and ending 21 days after the service of the initial complaint filed in this action.

2. Plaintiff Juanita Muse is designated Class Representative and Daniel Zemel and Nicholas Linker of the law firm Zemel Law LLC are authorized to serve as Class Counsel for the Class in this action.

3. The parties shall confer as to Notice, and any proposed Class Action Notice Administration form, and Plaintiff shall submit a proposed form of Class notification to the Court for review and approval within 30 days of this Order.

4. Defendant shall produce a Class List for the class to Plaintiff's counsel within 30 days of this Order for use in mailing Notice to the Class.

5. After a ruling approving the Notice to the Class, a further Scheduling Order will issue.

It is so **ORDERED.**

                                        **BY THE COURT:**

                                        **/s/ Cynthia M. Rufe**

                                        **CYNTHIA M. RUFE, J.**