UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUANITA MUSE, individually and on behalf of all other similarly situated consumers, | ) Case No.:  2:19-cv-2499 |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| HOLLOWAY CREDIT SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

**COMES NOW** Plaintiff Juanita Muse, and Defendant Holloway Credit Solutions, LLC, by and through their undersigned counsel, and upon the Memorandum of Law in Support, Declaration of Daniel Zemel, and the exhibits thereto, hereby jointly move this Court for an Order:

i.    Granting preliminary approval of the parties' Class Settlement Agreement (the "Settlement Agreement") as fair, reasonable and adequate, and in the best interests of the Settlement Class;

ii.    Approving the parties' proposed Notice and the Notice Plan (including the form, content, manner and timing of the notice to the settlement class) and authorizing the Notice to be distributed in accordance with the Notice Plan;

iii.    Setting a hearing date for final approval of the Settlement Agreement pursuant to Fed. R. Civ. P. 23(c)(2) ("the Fairness Hearing") after the Notice period has expired so that the Court can consider any objections to the settlement; payment by Defendant of Plaintiffs' attorney's fees and costs and the proposed payment to the

1

Class Representative as to her claims and individual damages; and can approve the

Class Settlement; and

iv.    Granting such other and further relief as may be just and proper.


Dated: January 13, 2022.

Respectfully submitted,

*/s/ Daniel Zemel*
Daniel Zemel, Esq.
Nicholas Linker, Esq.
Zemel Law LLC
660 Broadway
Paterson, New Jersey 07514
dz@zemellawllc.com
nl@zemellawllc.com
(862) 227-3106
*Attorneys for Plaintiff*

*/s/ Andrew Schwartz*
Andrew Schwartz, Esq.
Gordon Rees Scully Mansukhani
Three Logan Square
1717 Arch Street
Suite 610
Philadelphia, PA 19103
D: 215-717-4023
amschwartz@grsm.com
*Attorneys for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was on this 13th day of January, 2022, served

on all counsel of record via the Court's e-filing system.

*/s/ Daniel Zemel*
Daniel Zemel, Esq.

2