UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUANITA MUSE, individually and on behalf of all other similarly situated consumers,<br><br>    Plaintiff,<br><br>vs.<br><br>HOLLOWAY CREDIT SOLUTIONS, LLC,<br><br>    Defendant. | Case No.: 2:19-cv-2499 |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff, Juanita Muse and Defendant Holloway Credit Solutions, LLC jointly hereby moves for final approval of class settlement in the amount of $4,000, and such other relief as the Court deems proper, for the reasons set forth in the accompanying memorandum of law and declaration and exhibit in support.

Dated: October 26, 2022

                   Respectfully Submitted,

                   /s/*Daniel Zemel*
                   Daniel Zemel, Esq.
                   Nicholas Linker, Esq.
                   Zemel Law LLC
                   660 Broadway
                   Paterson, NJ 07514
                   (P) (862) 227-3106
                   dz@zemellawllc.com
                   nl@zemellawllc.com
                   Attorneys for Plaintiff

                   /s/Andrew M. Schwartz
                   Andrew M. Schwartz
                   Gordon Rees Scully Mansukhani

Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, PA 19103
Telephone: (215) 717-4023
Fax: (215) 693-6650
amschwartz@grsm.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2022, the foregoing documents were served on all counsel of record via the Court's e-filing system.

/s/*Daniel Zemel*
Daniel Zemel, Esq.